UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ISAK FRIEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04CV1639 FRB |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this _28th_ day of March, 2006.